*E-FILED: May 31, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>ONE 2007 TOYOTA CAMRY, VIN JTNBE46K873129148,<br><br>　　　　Defendant.<br>_____/ | No. C12-06541 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE**<br><br>**REPORT AND RECOMMENDATION THAT MOTION FOR DEFAULT JUDGMENT BE GRANTED** |

　　　　The United States of America brings this *in rem* forfeiture action pursuant to 21 U.S.C. § 881(a)(4) for forfeiture of a vehicle allegedly used to transport and facilitate the sale of narcotics. In June of 2012, Salinas Police Officers conducted a traffic stop of defendant vehicle, a 2007 Toyota Camry with VIN No. JTNBE46K873129148. Officers searched the vehicle and discovered about four pounds of marijuana, 256 grams of cocaine, two loaded semiautomatic handguns, about $3,670 in cash, and a digital scale. About a month and a half later, the individual driving the vehicle at the time of the stop was indicted by a federal grand jury in violation of several federal statutes related to the distribution of controlled substances and the possession of firearms in furtherance of a drug trafficking crime. Plaintiff filed a complaint for judicial forfeiture of the vehicle in December of 2012, and now moves for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and Rule 6-1 and 6-2 of the Admiralty Local Rules.

For entry of default judgment, Admiralty Local Rule 6-1(a) requires that (1) due notice of the forfeiture action has been given in accordance with Rule G(3) and G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"); and (2) due notice be given by a means of publication authorized by Rule G(4) of the Supplemental Rules.

Here, a Notice of Civil Forfeiture was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning on December 29, 2012. (Dkt. 2, 5). And, notice of this action was provided via certified and regular U.S. Mail on December 28, 2012 to all parties known to have an interest in the vehicle. (Dkt. 4). Rules G(5)(a) and (b) of the Supplemental Rules require any person who has an interest in a vehicle subject to forfeiture to file a verified claim or statement identifying their interest or right in the vehicle. No claims or answers have been filed in this case. At Plaintiffs' request, the Clerk of the Court entered default as to the defendant vehicle on April 25, 2013. (Dkt. 11).

Plaintiff now moves for default judgment. All individuals known to have an interest in the vehicle were served with notice of the motion. (Dkt. 12). No one has filed an opposition to the motion, and briefing on this matter is closed. The motion is deemed appropriate for determination without oral argument, and the June 4, 2013 motion hearing and case management conference are vacated. CIV. L.R. 7-1(b). Upon consideration of the moving papers and the record in this case, this court recommends granting Plaintiff's motion as follows:

1) Ordering that a default judgment be entered for the United States against One 2007 Toyota Camry, VIN # JTNBE46K873129148;

2) Ordering that defendant One 2007 Toyota Camry, VIN No. JTNBE46K873129148 be condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(4), and that all right, title and interest in defendant be vested in the United States of America; and

3) Ordering that the United States Marshals Service shall, in accordance with law, dispose of the forfeited defendant.

Because all parties have yet to consent to the undersigned's jurisdiction, IT IS ORDERED THAT this case be reassigned to a District Judge. Further, it is RECOMMENDED that plaintiffs' motion for default judgment be granted as set forth above. Any party may serve and file objections to this Report and Recommendation within fourteen days after being served. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

Dated: May 31, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**C 12-06541 HRL Order and Report and Recommendation will be e-mailed to:**

Kimberly Eloise Hopkins kimberly.hopkins@usdoj.gov, alicia.chin@usdoj.gov, carolyn.jusay@usdoj.gov, hector.lopez2@usdoj.gov, leslie.cook@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**