UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>   v.<br>ONE 2007 TOYOTA CAMRY, VIN JTNBE46K873129148,<br><br>                 Defendant. | Case No.: 12-CV-06541-LHK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

The United States filed a complaint for forfeiture against the Defendant, One 2007 Toyota Camry, VIN # JTNBE46K873129148 (the "Vehicle"), after seizing the Vehicle following a traffic stop in June of 2012. The Vehicle is alleged to have transported and facilitated the sale of narcotics, actions that render it subject to forfeiture under 21 U.S.C. 881(a)(4). *See* ECF No. 1 ¶¶ 14–15, 33–34. The United States now seeks an entry of default judgment in its forfeiture action.

The case was referred to Magistrate Judge Howard R. Lloyd. Judge Lloyd has made a Report and Recommendation that this Court grant Plaintiff's motion for default judgment pursuant to Admiralty Local Rule 6-1(a), because (1) due notice of the arrest and forfeiture action has been given in accordance with Rules G(3) and G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and (2) no claims or answers have been filed. The

1

Case No.: 12-CV-06541-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

1   Magistrate Judge's Report and Recommendation was filed and served on May 31, 2013.  No

2   objections have been filed, and the time to file objections has expired.  *See* Fed. R. Civ. P. 72(b)(2).

3       Having reviewed the Report and Recommendation, as well as the record in this case, the

4   Court finds that the Report and Recommendation is well-founded in fact and in law and therefore

5   adopts the Report and Recommendation.  Plaintiff's Motion for Default Judgment is therefore

6   GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

7   The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 13, 2013

_____
LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California

2

Case No.: 12-CV-06541-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT